Argued August 20, affirmed August 20, 1973

EDWARD MARTIN COLTTS, *Appellant, v.*
CUPP (No. 78299), *Respondent.*

513 P2d 173

*Robert C. Cannon,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*William R. Canessa,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.